| | | |
|---|---|---|
| People v Hill (Desean) | 1st Dept: 139 AD3d 468 (Bronx) | denied 8/1/16 (Rivera, J.) |
| People v Hill (Jacqueline) | App Term, 2d Dept, 9th & 10th Jud Dists: 51 Misc 3d 134(A) (Nassau) | denied 8/16/16 (Garcia, J.) |
| People v Howell | 1st Dept: 139 AD3d 484 (Bronx) | denied 8/15/16 (Fahey, J.) |
| People v Hunter | 1st Dept: 139 AD3d 536 (NY) | denied 8/10/16 (Rivera, J.) |
| People v Irby | 3d Dept: 140 AD3d 1319 (Sullivan) | denied 8/11/16 (Rivera, J.) |
| People v Irizarry | 1st Dept: 135 AD3d 641 (NY) | denied 8/1/16 (Rivera, J.) |
| People v Isaac | 1st Dept: 139 AD3d 641 (NY) | denied 8/1/16 (Fahey, J.) |
| People v Ivey | 1st Dept: 138 AD3d 574 (NY) | denied 8/25/16 (Fahey, J.) |
| People v Jackson (Damion) | 2d Dept: 139 AD3d 875 (Queens) | denied 8/17/16 (Abdus-Salaam, J.) |
| People v Jackson (Rasheed) | 4th Dept: 140 AD3d 1771 (Onondaga) | denied 8/24/16 (Abdus-Salaam, J.) |
| People v Jaen | 1st Dept: 140 AD3d 594 (NY) | denied 8/29/16 (Pigott, J.) |
| People v James (Julian) | 1st Dept: 140 AD3d 592 (Bronx) | denied 8/23/16 (DiFiore, Ch. J.) |
| People v James (Ovarado) | County Ct, 5/5/16 (Monroe) | denied 8/17/16 (Pigott, J.) |
| People v Jamison | 2d Dept: 138 AD3d 1020 (Queens) | denied 8/17/16 (Pigott, J.) |
| People v Jaramillo | 4th Dept: 136 AD3d 1354 (Jefferson) | denied reconsideration 8/5/16 (Stein, J.) |
| People v Jennings | 1st Dept: 140 AD3d 526 (NY) | denied 8/11/16 (Rivera, J.) |
| People v Jimenez | 1st Dept: 139 AD3d 631 (NY) | denied 8/25/16 (Fahey, J.) |
| People v Joaquin | 1st Dept: 138 AD3d 422 (Bronx) | denied 8/1/16 (Rivera, J.) |
| People v Johnson (Gregory) | 2d Dept: 140 AD3d 978 (Suffolk) | denied 8/23/16 (Rivera, J.) |
| People v Johnson (Jonathan) | App Div, 2d Dept: 2016 NY Slip Op 72184(U) (Queens) | denied reconsideration 8/31/16 (DiFiore, Ch. J.) |
| People v Johnson (Jimmie) | 4th Dept: 138 AD3d 1454 (Monroe) | denied 8/23/16 (DiFiore, Ch. J.) |
| People v Jones (Dylan) | App Term, 1st Dept: 50 Misc 3d 136(A) (NY) | denied 8/1/16 (Rivera, J.) |
| People v Jones (Gary) | 2d Dept: 139 AD3d 880 (Queens) | denied 8/1/16 (Rivera, J.) |